# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Vernon D. Ackridge DBA Real Estate Management** | : | **Case No.: 16-16781** |
| | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-032039_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
 :
**Vernon D. Ackridge DBA Real** : Case No.: 16-16781
**Estate Management** : Chapter 13
 : Judge Magdeline D. Coleman
Debtor(s). : * * * * * * * * * * * * * * * * * * * * * * *
 :
 :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Michael P. Kutzer, Attorney for Vernon D. Ackridge DBA Real Estate Management, 1420 Walnut Street, Suite 800, Philadelphia, PA 19102-3604, mpkutzer1@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 28, 2016:

Vernon D. Ackridge DBA Real Estate Management, 8124 Hawthorne Lane, Cheltenham Township, PA 19027

DATE: _November 28, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-032039_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

Case 16-16781-mdc    Doc 27    Filed 11/28/16    Entered 11/28/16 11:15:25    Desc Main
Document    Page 3 of 3

16-032039_PS