UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Vernon Ackridge                      :        Chapter 13
Debtor                                      :

                                          :        Case No. 16-16781 mdc

## CERTIFICATE of SERVICE

I hereby certify that service upon all creditors and interested parties was made by sending a true and correct copy of the Order Dismissing Case and Setting Deadline for Application for Allowance of Administrative Expenses filed in the above captioned bankruptcy case by first class and electronic mail on January 29, 2017.

                                    By:   **/s/ Michael P. Kutzer**
                                              Michael P. Kutzer, Esquire
                                              1420 Walnut St., suite 1188
                                              Philadelphia, PA  19102
                                              (215) 687-6370
                                              Attorney for the Debtor