UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Vernon Ackridge                     :       Chapter 13
Debtor                             :

                                     :       Case No. 16-16781 mdc

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:                                  $ 3,500.00
Total expense cost:                              $
Attorney fee already paid by Debtor:            $ 1,100.00
Net amount to be paid by Trustee:               $ 2,400.00

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*
_____
February 27, 2017        THE HONORABLE Magdeline D. Coleman
                               UNITED STATES BANKRUPTCY JUDGE