United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vernon D. Ackridge  
    Debtor

Case No. 16-16781-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Denine    Page 1 of 1    Date Rcvd: Feb 27, 2017  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db        +Vernon D. Ackridge,   8124 Hawthorne Lane,   Elkins Park, PA 19027-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com  
        KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com  
        MICHAEL P. KUTZER   on behalf of Debtor Vernon D. Ackridge mpkutzer1@gmail.com  
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                    TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Vernon Ackridge                        :        Chapter 13
Debtor                                   :

                                          :        Case No. 16-16781 mdc

_____

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:                                   $ 3,500.00
Total expense cost:                               $
Attorney fee already paid by Debtor:        $ 1,100.00
Net amount to be paid by Trustee:           $ 2,400.00

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_Magdeline D. Coleman_
_____

February 27, 2017               THE HONORABLE Magdeline D. Coleman
                                       UNITED STATES BANKRUPTCY JUDGE